DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CITY OF WEST PALM BEACH, FLORIDA,**
Appellant,

v.

**MELVIN SIMMONS,**
Appellee.

No. 4D19-2036

[July 30, 2020]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward L. Artau, Judge; L.T. Case No. 50-2015-CA-011966-XXXX-MBAF.

Zoë Panarites, West Palm Beach, for appellant.

Isidro M. Garcia of Garcia Law Firm, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and CONNER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***